- 1 -

1  Your Name: _Minnie Kelly Currie_

2  Address: _414 Font Blv San Francisco ca_

3  Phone Number: _Daughter phon 415-618-9050_

4  Fax Number: _none_

5  E-mail Address: _none_

6  Pro Se Plaintiff

**FILED**

NOV 07 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  _Minnie Kelly Currie_                    Case Number _[leave blank]_  CV 23  5735

12                                                                        KAW

13            Plaintiff,                     **COMPLAINT**

14       vs.

15  _Catholic charities_

16  _Esmeralda Mickaels_                     DEMAND FOR JURY TRIAL

17  _Gaby Lopez_                             Yes ☒  No ☐

18

19            Defendant.

20

21

22                              **PARTIES**

23     1. Plaintiff. _[Write your name, address, and phone number. Add a page for additional plaintiffs.]_

24  Name: _Minnie Kelly Currie_

25  Address: _414 Font Blv_

26  Telephone: _Daughter phone 415-618-9050_

27

28

COMPLAINT

PAGE _1_ OF ___ _[JDC TEMPLATE – Rev. 05/2017]_

- 2 -

2. Defendants.  [*Write each defendant's full name, address, and phone number.*]

Defendant 1:

Name:      Catholic Charities

Address:      810 Ave D, San Francisco, Ca. 94130

Telephone:      415 - 743-0017

Defendant 2:

Name:      Esmeralda      Michaels

Address:      810 Ave D, San Francisco, Ca, 94130

Telephone:      415 - 743-0017

Defendant 3:

Name:      Gaby Lopez

Address:      810 Ave D, San Francisco, Ca. 94130

Telephone:      415 743-0017

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3.  My case belongs in federal court

☒ under <u>federal question jurisdiction</u> because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

☒ under <u>diversity jurisdiction</u> because none of the plaintiffs live in the same state as any of the defendants <u>and</u> the amount of damages is more than $75,000.

I have and chip on my hand right
they said i have an bad heart  I do not
have bad Heart
put me around World
Pittbury have Licence on me

COMPLAINT

PAGE 2 OF ___  [*JDC TEMPLATE – Rev. 05/2017*]

**VENUE**

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4.   Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☒ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☒ at least one defendant is located in this District and any other defendants are located in California.

**INTRADISTRICT ASSIGNMENT**

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5.   Because this lawsuit arose in <u>SAN Francisco Ca</u> County, it should be assigned to the <u>SAN Francisco Federal</u> Division of this Court.

**STATEMENT OF FACTS**

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

I have been abuse by Catholic Charities Housing. I went to their Main office on church street. I asked how I got into the emergency data system. I then went to treasure Island. I had a meeting with Eric Brown. I told him that I had been set-up, I asked him why I

COMPLAINT
PAGE ___ OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

- 4 -

1  got set-up in your housing facility. HSA placement
2  in Pitsburgh california, placed me there. It was
3  illegal, The house didn't have electricity, running
4  Water, He said he didn't want to fix anything
5  that needed fixing. I was video taped everyday
6  in the house, taking showers, dressing etc. They
7  Made images of me. I was accused of having
8  every disease in the book. I just tried to get
9  My teeth fixed. I got a letter recently saying
10  that my family was in charge of my health
11  care. The C-C-H-P- have my data. I don't Know why
12  I have discharge papers from Pitsburgh CA. They
13  I do not have a bad heart, I got My records
14  now. I went to Gabby Lopez, she said that
15  She was Sorry. They Want to charge me with
16  all Kinds of crimes. I have never been in
17  trouble before.

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

**CLAIMS**

**First Claim**

*(Name the law or right violated:* ___Section 242 of title 18___ )

*(Name the defendants who violated it:* Catholic Charities, Elsmeralda Michaels, Gaby Lopez

*[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were*

*harmed.  You do not need to make legal arguments. You can refer back to your statement of facts.]*

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 6 -

1                           _____ **Claim**

2     *(Name the law or right violated*: _____)

3     *(Name the defendants who violated it*: _____)

4         ____. _____

5     _____

6     _____

7     _____

8         ____. _____

9     _____

10     _____

11     _____

12         ____. _____

13     _____

14     _____

15     _____

16         ____. _____

17     _____

18     _____

19     _____

20         ____. _____

21     _____

22     _____

23     _____

24         ____. _____

25     _____

26     _____

27     _____

28     _____

COMPLAINT

PAGE ___ OF ___ *[JDC TEMPLATE – 05/17]*

- 7 -

1

## DEMAND FOR RELIEF

2
3

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

4  _____.  _____

5  _____

6  _____

7  _____

8  _____

9  _____

10  _____

11  _____

12  _____

13  _____

14

15

## DEMAND FOR JURY TRIAL

16

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

17  ☐  Plaintiff demands a jury trial on all issues.

18

19

20  Respectfully submitted,

21

22  Date:  _____  Sign Name:  _____

23  Print Name:  _____

24

25

26

27

28

COMPLAINT

PAGE ____ OF ____  *[JDC TEMPLATE – 05/17]*

- 8 -

1    *[Copy this page and insert it where you need additional space.]*

2    ____. _____

3    _____

4    _____

5    _____

6    _____

7    _____

8    ____. _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   ____. _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   ____. _____

21   _____

22   _____

23   _____

24   _____

25   _____

26   ____. _____

27   _____

28   _____

COMPLAINT
PAGE ____ OF ____ *[JDC TEMPLATE – 05/17]*

Transcript of Statement of Facts presented by Minnie Kelly Currie

I was living in San Francisco in a condo 26th Avenue Apt 6 and the landlord was being very abusive. downstairs neighbor was always in my garage without my permission and bothering me. I called the police. The police came and said they never had a problem with me. The neighbor started arguing with my son's friend. I called the police. We ended up going to court and won the case. They dropped the case. In March 6, 2019 I moved to Pittsburg, CA, with Catholic Charities help through the HAS program.

I didn't like the house in Pittsburg, and every six months would ask to move. There were a lot of things wrong with the house, no electrical meter, it caught on fire at 2am in the morning. The neighbors said I was living in a mortuary. In 2022 Catholic Charities moved me back to San Francisco.

How did I get across the world and my health care?
How did CCHP get to record me at 13 Lou Ann Place, Pittsburg, CA 94565 and get all my data?
Why did I get accused of all these diseases around the world that I never had?
How did I get in the emergency police system around the world?
How did that happen? I never had any of those diseases that they say I have? They said I have a bad heart, but I took a test at Sutter Pacific (Webster St. , San Francisco) and they said I have a good heart to survive a hip replacement. I have the original discharge papers from Pittsburg and none of the diseases are on Pittsburg's paperwork. Who is managing my healthcare as of right now? How did that happen? I never had any of these diseases that they say I have? How can Medi-Cal doctor (440 Grant St) be at your doctor's appointments? He said we will talk about Pittsburg, but we never did. How can people manage me and I'm not sick? How can another county have license on me? 144 Harrison St., SF (Medi-Cal) said they did not have a problem with me, but Pittsburg said they did.



State of California-Health and Human Services Agency

# Department of Health Care Services

P.O. Box 989009, West Sacramento, CA 95798-9850

RLM232770585_MULC3-38-7-010644
232773NCI-RLM-10/11/2023



10/11/2023

 MINNIE KELLY
414 FONT BLVD
SAN FRANCISCO CA 94132

## Notice of Medi-Cal Health Plan Choices

Dear MINNIE KELLY,

You are getting this notice because you or the following people in your family have been a member of a Medi-Cal managed care health plan for at least ten months:
MINNIE KELLY

**You do not have to do anything** if you and your family are happy with your current health care. If you have questions or would like to change your health plan, call Health Care Options at 1-800-430-4263, Monday - Friday, 8:00 a.m. - 6:00 p.m. to help you choose from the following:
**Kaiser Permanente**
**San Francisco Health Plan**
**Anthem Blue Cross Partnership**

*Note: only family members listed with an "*" can choose Regular Medi-Cal (Fee-For-Service).

**Other places to get help with your health plan:**

- Visit **www.healthcareoptions.dhcs.ca.gov** for more information;
- Read the Member Services section in your health plan material or;
- If you are not happy about your health plan services, call the Department of Health Care Services Ombudsman at 1-888-452-8609 or;
- Call the Department of Managed Health Care at 1-888-466-2219.
- TTY/TDD help line users please call 1-800-430-7077.

**Stay informed.** If you have moved, plan to move or have changed your phone number, please give your county worker your new contact information.

---

**For help call Health Care Options Monday - Friday, 8:00 a.m. – 6:00 p.m. at 1-800-430-4263**

---



MU_0003426_ENG_0620

 State of California-Health and Human Services Agency
**Department of Health Care Services** 

## Discrimination is Against the Law

Department of Health Care Services (DHCS) complies with applicable Federal and State civil rights laws. DHCS does not unlawfully discriminate, exclude people, or treat them differently because of sex, race, color, religion, ancestry, national origin, ethnic group identification, age, mental disability, physical disability, medical condition, genetic information, marital status, gender, gender identity, or sexual orientation.

## Services to Help You Understand Your Health Care Choices

DHCS provides free aids and services to people with disabilities to communicate effectively with DHCS. Some of the services include:

- Qualified sign language interpreters.
- Written information in other formats such as large print, audio, accessible electronic formats and other formats. If you select Audio or Data CD as an alternative format, the information you get will not be encrypted (password protected). By choosing one of these options, you are saying that you understand that you will get your Medi-Cal notices and information in an electronic format that is not password protected. If you want your Medi-Cal notices and information in a password protected electronic format, please call **1-800-430-4263.**

DHCS provides free language services to people whose main language is not English, such as:

- Qualified interpreters.
- Information written in other languages.

If you need any of these services, please contact Health Care Options at **1-800-430-4263**.

## Help Filing a Complaint

If you believe that DHCS has failed to provide these services or you have been discriminated against in another way on the basis of sex, race, color, religion, ancestry, national origin, ethnic group identification, age, mental disability, physical disability, medical condition, genetic information, marital status, gender, gender identity or sexual orientation, you can file a grievance with the Office of Civil Rights at:

PO Box 997413, MS 0009
Sacramento, CA 95899-7413
(916) 440-7370, 711 (California State Relay)
Email: **CivilRights@dhcs.ca.gov**

If you need help filing a grievance, the Office of Civil Rights can help you. Complaint forms are available at: **www.dhcs.ca.gov/Pages/Language_Access.aspx**

If you believe you have been discriminated against on the basis of race, color, national origin, age, disability, or sex, you can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights online at **https://ocrportal.hhs.gov/ocr/portal/lobby.jsf** or by mail or phone at:

**U.S. Department of Health and Human Services**
200 Independence Avenue SW • Room 509F, HHH Building
Washington, D.C. 20201
1-800-368-1019, (TTY) 800-537-7697
Complaint forms are available at **www.hhs.gov/ocr/office/file/index.html**

MU_0004106_ENG1_

**English**

ATTENTION: If you need help in your language call 1-800-430-4263 (TTY: 1-800-430-7077). Aids and services for people with disabilities, like documents in braille and large print, are also available. Call 1-800-430-4263 (TTY: 1-800-430-7077). These services are free of charge.

**Arabic**

يُرجى الانتباه: إذا احتجت إلى المساعدة بلغتك، فاتصل 1-800-576-6881 (TTY: 1-800-430-7077). تتوفر أيضًا المساعدات والخدمات للأشخاص ذوي الإعاقة، مثل المستندات المكتوبة بطريقة بريل والخط الكبير. اتصل بـ 1-800-576-6881 (TTY: 1-800-430-7077). هذه الخدمات مجانية.

**Armenian**

ՈՒՇԱԴՐՈՒԹՅՈՒՆ: Եթե Ձեզ օգնություն է հարկավոր Ձեր լեզվով, զանգահարեք 1-800-840-5032 (TTY: 1-800-430-7077): Կան նաև օժանդակ միջոցներ ու ծառայություններ հաշմանդամություն ունեցող անձանց համար, օրինակ՝ Բրայլի գրատիպով ու խոշորատառ տպագրված նյութեր: Զանգահարեք 1-800-840-5032 (TTY: 1-800-430-7077): Այդ ծառայություններն անվճար են:

**Cambodian**

ចំណាំៈ បើអ្នក ត្រូវ ការជំនួយ ជាភាសា របស់អ្នក សូម ទូរស័ព្ទទៅលេខ 1-800-430-5005 (TTY: 1-800-430-7077)។ ជំនួយ និង សេវាកម្ម សម្រាប់ ជនពិការ ដូចជាឯកសារសរសេរជាអក្សរផុស សម្រាប់ជនពិការ ˙ ។ ឯុងឯកសារសរសេរជាអក្សរពុម្ពធំ ក៏អាចរកបានផងដែរ។ ទូរស័ព្ទមក ˙-800-430-5005 (TTY: 1-800-430-7077)។ សេវាកម្មទាំងនេះ ឥតគិតថ្លៃឡើយ។